# ALABAMA COURT OF CRIMINAL APPEALS



February 28, 2025

**CR-2024-0174**

Shamon Demond Stringer v. State of Alabama (Appeal from Montgomery Circuit Court: CC-19-1213.60)

# <u>NOTICE</u>

You are hereby notified that on February 28, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk